In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-117 CV


____________________



IN THE INTEREST OF V.N.S.






On Appeal from the 284th District Court


Montgomery County, Texas


Trial Cause No. 99-10-06301 CV






 MEMORANDUM OPINION 


 On March 24, 2006, we notified the parties that the notice of appeal did not identify
a judgment or other appealable order, and that it appeared no judgment or appealable order
has been signed in the case. No response has been filed.

 The notice of appeal seeks to appeal a "denial of Sanctions for False Pleadings." 
The trial court has not signed its final judgment on the case. No appealable order has been
signed by the trial court. See Lehmann v. Har-Con Corp., 39 S.W.3d 191, 195 (Tex.
2001). The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 ____________________________

 CHARLES KREGER

 Justice


Opinion Delivered May 11, 2006 

Before McKeithen, C.J., Kreger and Horton, JJ.